1 | LYNN HUBBARD, III (CA SBN 69773)
  | SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
2 | DISABLED ADVOCACY GROUP, APLC
  | 12 Williamsburg Lane
3 | Chico, California 95926
  | Telephone: 530-895-3252
4 | Facsimile: 530-894-8244
  | Email: usdcsouth@hubslaw.com
5 |
6 | Attorneys for Plaintiff BARBARA HUBBARD
7 | RICK BERGSTROM (CA SBN 169594)
  | MORRISON & FOERSTER LLP
8 | 12531 High Bluff Drive, Suite 100
  | San Diego, California  92130-2040
9 | Telephone: 858-720-5100
  | Facsimile: 858-720-5125
10 | Email: RBergstrom@mofo.com
11 | Attorneys for Defendant MCDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BARBARA HUBBARD, | Case No.   08 CV 0336 JAH (POR) |
|---|---|
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| v. | |
| S & C RAMIREZ ENTERPRISES, INC. dba McDONALD'S; McDONALD'S CORP., | |
| Defendants. | |

sd-416421

1

Case No. 08 CV 0336 JAH(POR)
JOINT MOTION FOR EXTENSION OF TIME

1  **PLEASE TAKE NOTICE** that plaintiff Barbara Hubbard ("plaintiff") and defendant
2  McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing
3  defendant an extension of time in which to file a responsive pleading to plaintiffs' Complaint to
4  and including April 15, 2008.

5  Said extension of time is supported by good cause in that the additional time will permit
6  defendant to gather further evidence regarding plaintiff's allegations.

7  Dated: March 17, 2008                                  DISABLED ADVOCACY GROUP, APLC

9                                           s/Lynn Hubbard, III
   Attorneys for Plaintiff
10 Barbara Hubbard
   E-mail: usdcsouth@hubslaw.com

12 Dated: March 17, 2008                                  MORRISON & FOERSTER

14                                          s/Rick Bergstrom
   Attorneys for Defendant
15 McDonald's Corporation
   E-mail: Rbergstrom@mofo.com