UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>              Plaintiff,<br><br>   v.<br><br>S & C RAMIREZ ENTERPRISES, INC. dba McDONALD'S; McDONALD'S CORP.,<br><br>              Defendants. | Case No.   08 CV 0336 JAH (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING** |

Good cause appearing, the parties' joint motion for extension of time is **GRANTED**. **IT IS FURTHER ORDERED** that defendant McDonald's Corporation shall file a responsive pleading to plaintiff's Complaint on or before April 15, 2008.

**IT IS SO ORDERED.**

Dated: March 18, 2008

                                                _____<br>
                                                John A. Houston,<br>
                                                United States District Court Judge