| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>Telephone No: 530 895-3252   FAX No: 530 894-8244 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>HUBBARD v. McDONALD'S (SAN YSI | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: BARBARA HUBBARD | | |
| Defendant: S &C RAMIREZ ENTERPRISES, Inc., et al. | | |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0336 JAH POR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:   McDONALD'S CORP.
   b. Person served:   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 27, 2008 (2) at: 2:55PM

7. *Person Who Served Papers:*
   a. Jim Wardlow
   b. **ALL PRO ATTORNEY SERVICES**
   2410 FAIR OAKS BOULEVARD
   SUITE 125
   Sacramento, CA 95825
   c. (916) 974-7421, FAX (916) 974-7442

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $33.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   87-010
      (iii) County:   Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Feb. 28, 2008

Judicial Council Form
Rule 982.9(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(Jim Wardlow)

dag.41144