LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

ERNEST SLOME, SBN 122419
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 West "C" Street, Suite 800
San Diego, CA 92101
Telephone: (619) 233-1006
Fax: (619) 233-8627

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08 cv 0336 JAH (POR) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| S&C RAMIREZ ENTERPRISES, INC.dba McONALD'S; McDONALD'S CORP., | |
| Defendant. / | |

1   IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release
2   agreements between Plaintiff, BARBARA J HUBBARD, and Defendant, BOTO
3   ENTERPRISES INC., erroneously sued as S & C RAMIREZ ENTERPRISES, INC.
4   dba McDONALD'S, that this Court enter a dismissal with prejudice of Plaintiff's
5   complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to Defendant**
6   **BOTO ENTERPRISES INC., erroneously sued as S & C RAMIREZ**
7   **ENTERPRISES, INC. only.**

8   Nothing in this Joint Motion shall be construed to affect Plaintiffs' complaint
9   and claims in the above referenced case against Defendant other than **Defendant**
10  **BOTO ENTERPRISES INC., erroneously sued as S & C RAMIREZ**
11  **ENTERPRISES, INC. only**

Dated:  June 17, 2008          DISABLED ADVOCACY GROUP, APLC

                               */s/    Lynn Hubbard III*
                               LYNN HUBBARD, III
                               Attorney for Plaintiff
                               Barbara Hubbard

Dated:  June 17, 2008          LEWIS BRISBOIS BISGAARD & SMITH, LLP

                               */s/    Ernest Slome*
                               ERNEST SLOME
                               Attorney for Defendant
                               S & C Ramirez Enterprises, Inc.

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Jacqueline Martin, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On June 17, 2008, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

The following is a procedure in which service of this document was effected:

(xx)  ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.
(  )  OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
(  )  FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.
(  )  PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 17, 2008        /s/ Jacqueline Martin
                            Jacqueline Martin