| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| | SCOTTLYNN J HUBBARD IV, SBN 212970 |
| 2 | **DISABLED ADVOCACY GROUP, APLC** |
| | 12 Williamsburg Lane |
| 3 | Chico, CA 95926 |
| | Telephone: (530) 895-3252 |
| 4 | Fax: (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | |
| 7 | ERNEST SLOME, SBN 122419 |
| | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| 8 | 550 West "C" Street, Suite 800 |
| | San Diego, CA 92101 |
| 9 | Telephone: (619) 233-1006 |
| | Fax: (619) 233-8627 |
| 10 | Attorney for Defendant S & C Ramirez Enterprises Inc. |
| 11 | |
| 12 | RICK BERGSTROM, SBN 169594 |
| | MORRISON & FOERSTER, LLP |
| 13 | 12531 High Bluff Drive, Suite 100 |
| | San Diego, CA 92130 |
| 14 | Telephone: (858) 720-5100 |
| | Fax: (858) 720 5125 |
| 15 | Attorney for Defendant McDonald's Corp. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08 cv 0336 JAH (POR) |
| Plaintiff, | |
| v. | **AMENDMENT TO JOINT MOTION FOR DISMISSAL** |
| S&C RAMIREZ ENTERPRISES, INC. dba McONALD'S; McDONALD'S CORP., | |
| Defendants. | |

Joint Motion for Dismissal
of Defendant S & C Ramirez Enterprises.  - 1 -  Hubbard v. McDonald's
Case No. 08cv0336 JAH POR

1    IT IS HEREBY JOINTLY REQUESTED, pursuant to settlement and release agreements between Plaintiff, BARBARA J HUBBARD, and Defendant, BOTO ENTERPRISES INC., erroneously sued as S & C RAMIREZ ENTERPRISES, INC. dba McDONALD'S, and McDONALD'S CORP. that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41 **as to Defendant BOTO ENTERPRISES INC.,erroneously sued as S & C RAMIREZ ENTERPRISES, INC.dba McDONALD'S and McDONALD'S CORP.**

Nothing in this Joint Motion shall be construed to affect Plaintiffs' complaint and claims in the above referenced case against Defendant other than **Defendant BOTO ENTERPRISES INC., erroneously sued as S & C RAMIREZ ENTERPRISES, INC. dba McDONALD'S and McDONALD'S CORP.**

Dated:   June 17, 2008          DISABLED ADVOCACY GROUP, APLC

*/s/    Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff
Barbara Hubbard

Dated:   June 17, 2008          LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/     Ernest Slome*
ERNEST SLOME
Attorney for Defendant
S & C Ramirez Enterprises, Inc.

Dated:   June 17, 2008          MORRISON & FOERSTER LLP.

*/s/    Rick Bergstrom*
RICK BREGSTROM
Attorney for Defendant
McDonald's Corp.

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Jacqueline Martin, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On June 17, 2008, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

The following is a procedure in which service of this document was effected:

(xx)   ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.
(  )    OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).
(  )    FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.
(  )    PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 17, 2008         /s/ Jacqueline Martin
                             Jacqueline Martin