UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>    Plaintiff,<br><br>vs.<br><br>S & C RAMIREZ ENTERPRISES, INC. dba McDONALD'S; McDONALD'S CORP.,<br><br>    Defendants. | No. 08 cv 0336 JAH (POR)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

Having read the foregoing Joint Motion, and good cause appearing therefore, the court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice defendant **BOTO ENTERPRISES INC., erroneously sued as S&C RAMIREZ ENTERPRISES, INC. dba McDONALD'S and McDONALD'S CORP.**

Dated: June 17, 2008

JOHN A. HOUSTON
United States District Judge